UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | |
| v.   ) | NO. 3:13-00209 |
| ) | JUDGE CAMPBELL |
| CINTHIA COLLAZO ) | |

ORDER

Pending before the Court is a Motion for Admission Pro Hac Vice (Docket No. 34). The Motion is GRANTED.

It is so ORDERED.

*[signature]*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE